JAMES E. MURPHY, ESQ.
Nevada Bar No. 8586
LAXALT & NOMURA, LTD.
6720 Via Austi Parkway
Suite 430
Las Vegas, Nevada 89119
Telephone: (702) 388-1551
Facsimile: (702) 388-1559
Email: jmurphy@laxalt-nomura.com

Attorneys for Plaintiff
AMERICAN INTERNATIONAL RECOVERY, INC.
AS ASSIGNEE OF HAYES ENGINEERING, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN INTERNATIONAL RECOVERY, INC. a foreign corporation, individually and assignee and subrogee for its insured, HAYES ENGINEERING, INC.; <br><br> Plaintiff, <br><br> vs. <br><br> GALE EUDELL MEAD, AKA GALE "COKE" MEAD an individual, and DOES I through X and ROES I through X, inclusive, <br><br> Defendant(s). | Case No. 2:09-cv-02108 KJD-RJJ <br><br> **DEFAULT JUDGMENT** |

It appearing from the files and records in the above-entitled Case No. 2:09-cv-02108 KJD-RJJ, Defendant, GALE EUDELL MEAD, having been duly served by Publication on May 12, 2010, that more than 20 days, exclusive of the day of service, having expired since service upon the Defendant, GALE EUDELL MEAD; that no answer or other appearance having been filed and no further time having been granted, the default of the above-named Defendant for failing to answer or otherwise plead to Plaintiffs AMERICAN INTERNATIONAL RECOVERY, INC.'s Complaint, the Court being otherwise fully informed in this matter and good cause appearing therefore,

1     IT IS ORDERED in accordance with Federal Rule of Civil Procedure 55, that Plaintiffs
2 recover from Defendant, GALE EUDELL MEAD, individually, THE PRINCIPAL SUM OF
3 $98,873.00, TOGETHER WITH INTEREST OF 5.25% ÷ 365 DAYS IN A YEAR x 154
4 (NUMBER OF DAYS SINCE MAY 12, 2010 SERVICE OF SUMMONS AND COMPLAINT)
5 = PRE-JUDGMENT INTEREST IN THE AMOUNT OF $2,190.10.

6     IT IS THEREFORE SO ORDERED.

7 Dated this __13__ day of __October__, 2010

_____
UNITED STATES DISTRICT COURT JUDGE

LAXALT & NOMURA, LTD
ATTORNEYS AT LAW
9720 VIA AUSTI PKWY
SUITE 430
LAS VEGAS, NV 89119